**Order filed August 27, 2015, Withdrawn and Abatement Order filed September 10, 2015**



**In The**

# Fourteenth Court of Appeals

_____

## NO. 14-15-00237-CR
_____

**PASTOR ISREAL DIAZ-BONILLA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 182nd District Court
Harris County, Texas
Trial Court Cause No. 1311548**

---

## ABATEMENT ORDER

On August 27, 2015, we abated this appeal for a hearing in the trial court to determine the reason for failure to file appellant's brief. Counsel then informed this court that after appellant filed his notice of appeal, his motion for new trial was granted. The State's appeal from that order is pending in our court under appeal number 14-15-00503-CR; *The State of Texas v. Pastor Isreal Diaz-Bonilla.*

Accordingly, we withdraw our order of August 27, 2015, and enter the following order.

The appeal is abated, treated as a closed case, and removed from this court's active docket until resolution of the State's appeal in cause number 14-15-00503-CR. The appeal will be reinstated on this court's active docket at that time, or when the parties file a dispositive motion. The court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion.

PER CURIAM